FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

James Jamison

(Enter above the full name of the plaintiff in this action)

vs.

Andrew Schumacher -PA-c

J Dunlop -c/D

Jane Barnes -H, S, A

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. **4:20 CV 454**

JUDGE **JUDGE PEARSON**

COMPLAINT

MAG. JUDGE BURKE

I.  Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☑  NO ☐

B.  If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs  James Jamison

Defendants  Andrew schumacher, dr. dunlop, Jane barnes

2.  Court (if federal court, name the district; if state court, name the county)

northern district OF ohio

3.  Docket Number  19 CV 2421

4.  Name of judge to whom case was assigned  Pearson

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

Dismissed without Predjuice

6. Approximate date of filing lawsuit  Oct 17, 2019

7. Approximate date of disposition  dec 8 2019.

II.     Place of Present Confinement  F.C.I Elkton

A. Is there a prisoner grievance procedure in this institution?     YES ☑ NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☑ NO ☐

C. If your answer is YES,

1. What steps did you take? Grievance an administrative remedy bp-8 bp-9 (bp-10 was never answered) the petitioner was released

2. What was the result? the medical hold was removed before the bp-9 was answered by the warden but was still forced to take unwanted medical treatment the petitioner was released before the administrative remedy process could be completed

D. If your answer is NO, explain why not

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐ NO ☐

F. If your answer is YES,

1. What steps did you take? N/A
N/A

2. What was the result? N/A
N/A

①

Supporting Facts:
The petitioner arrived at F.C.I Elkton
on Febuary 26, 2019 the petitioner is
a diabetic upon seeing the medical
staff in the medical department the
petitioner ask the medical staff
what insulin does this prison have
the medical staff told and showed
the petitioner the n and r nph insulin
the petitioner told the medical staff
that he cannot take that n and r
nph insulin because when the
petitioner was at F.C.I Gilmer he
had very bad problems taking the
n and r nph insulin that was provided
at F.C.I gilmer as the petitioner
could not tolerate taking the n and r
insulin or nph insulin as the insulin
made the petitioner stomach hurt
badly and sick and nausea where the
petitioner could not even take the
insulin the petitioner also told the
medical staff that he tried oral insulin
pills which the oral insulin pills gave
the petitioner complications as well
such as dizzyness. stomach pain and

②

using the bathroom on himself as the petitioner told the medical staff this and that this is all on record at F.C.I gilmer as the petitioner told the medical staff why he Could not take the n and r nph insulin or the oral insulin pills the medical staff told the petitioner that the n and r insulin nph insulin is all we Can offer and give you the medical staff then took the n and r nph insulin and threw it back in the bag after the petitioner Said he Cannot take that n and r nph insulin on Febuary 28, 2019 the petitioner was at Sick Call with the Concerns of his insulin and blood Sugar level because when the petitioner was at F.C.I Gilmer his blood level Sugar was always high of 500 because the petitioner Could not tolerate the n and r nph insulin as the insulin made the petitioner Stomach hurt to badly and Sick, and nausea nor Could the petitioner Could not tolerate the oral insulin pill either as the pills gave the Petitioner Complications of Stomach pair

(3)

dizzyness and using the bathroom on
himself the petitioner end up and
followed the administrative remedy
process by filing bp-8,9,10 and bp-11
against F.C.I gilmer medical department
Concerning the n and r nph insulin See
Remedy ID 952134 the petitioner states
that his bp-11 to Central office was
never answerd nor was there a
response from Central office as to
the petitioner bp-11 about the n and r
nph insulin as the petitioner exausted
his administrative remedy as the
petitioner tried oral insulin pills Such
as glipizide and metformin and Some
other insulin pill as those insulin pills
gave the petitioner Complications of
dizzyness, stomach pain and using the
bathroom on himself which this is
all on record at F.C.I Gilmer the
petitioner states that he Could not
start another administrative remedy
process as to the oral insulin pills
because the petitioner was transfered
to F.C.I Elkton as the petitioner told
the medical staff about the n and r

(4)

nph insulin and the oral insulin the medical staff told the petitioner that the n and r nph insulin and oral insulin pills is all we can give you the petitioner told the medical staff that he refuses to be in pain and be sick and nausea every day because the petitioner cannot tolerate taking n and r nph insulin or the insulin pills it's to much to deal with the petitioner then told the medical staff to check his medical records at F.C.I Gilmer the medical staff ask the petitioner what insulin do you take on the streets the petitioner stated 75/25 Humolog the petitioner told the medical staff that F.C.I Gilmer tried to get the petitioner 75/25 Humolog approved but Central office denied the request which this is all on record at F.C.I Gilmer and F.C.I Elkton medical department the medical staff who name the petitioner did not no told the petitioner you going to have to see the docotor that was it on 3/01/2019

(5)

the petitioner Saw defendant pA-c schumacher defendant schumacher kept telling the petitioner that you need to take this insulin which was the n and r nph insulin the petitioner told the defendant Schumacher that you doing the Same thing that the medical staff at F.C.I Gilmer was doing Forcing the petitioner to take this n and r nph insulin that he can not take or tolerate the petitioner told the defendant Schumacher what the n and r nph insulin does " it makes my stomach hurt to badly and i get Sick and nausea i can not take that n and r nph insulin the petitioner also told defendant Schumacher that he tried glipizide and metformin and Some other insulin pill the petitioner told defendant Schumacher that these oral insulin caused me complications of abdominal pain and dizzyness and i use the bathroom on my self the petitioner told defendant schumacher you can check F.C.I Gilmer medical



records of all this in the petitioner medical files at F.C.I Gilmer the petitioner also told defendant Schumacher after he ask what insulin did the petitioner take on the streets the petitioner told defendant Schumacher that he took 75/25 Humolog before the petitioner got incarcerated and that the petitioner never had no problems with the insulin defendant Schumacher told the petitioner we cannot give you that 75/25 Humolog insulin in this prison defendant Schumacher Continue and Continue and try to Force the petitioner to take the nandr nph insulin that the petitioner Could not take or tolerate when there is evidence thats on the record at F.C.I Gilmer medical department that the petitioner Continue and Continue and Complained about the nandr nph insulin that the petitioner Could not take or tolerate that insulin as the petitioner exaust his administrative remedy process with bp. 8, 9, 10, and bp-11 which Central



office never answerd or responded to
the petitioner bp-11 all defendant
Schumacher had to do was look at
the petitioner medical records from
F.C.I Gilmer and saw all the evidence
but no defendant Schumacher did not
care he just continue and continue
and stress and force the petitioner
to take insulin that the petitioner
could not take or tolerate while
the petitioner was in defendant
Schumacher office on 3/01/2019
defendant Schumacher took the
petitioner blood sugar level it read
High defendant Schumacher tried to
put a IV fluids in the petitioner arm
which was that n and r nph insulin
the petitioner refused defendant
Schumacher told the petitioner and
informed the petitioner about a
medical hold for refusing to take
insulin a insulin the petitioner could
not take or tolerate defendant
Schumacher tried to get the
petitioner to sign a refusal of
medical treatment form but the

⑧

petitioner refused to sign the refusal
of medical treatment form because
the petitioner was not refusing to
take the n and r nph insulin the
petitioner just could not take or
tolerate the n and r nph insulin
because it made the petitioner
stomach hurt to badly and sick and
nausea where the petitioner could
not take that n and r nph insulin
the petitioner just could not deal
with that insulin it's all on file
of the petitioner medical records
at F.C.I Gilmer and the fact that
the petitioner exausted his
administrative remedy at F.C.I
Gilmer as to the n and r nph insulin
and the fact Central Office never
answerd or responded to the
petitioner bp-11 as the petitioner
kept telling defendant Schumacher
about the n and r nph insulin and
what the n and r nph insulin does
to the petitioner defendant
Schumacher insist that the
petitioner take the n and r nph insulin

(9)

as the petitioner did not want to take the n and r nph insulin because what the insulin done to the petitioner but defendant Schumacher was forcing the petitioner to take the n and r nph insulin as defendant Schumacher even mention a medical hold because the petitioner was not taking insulin defendant Schumacher was violating b.o.p policy as the b.o.p policy states an inmate has a right to refuse medical treatment also defendant Schumacher was violating the petitioner Constitutional rights of the 5 and 14 amendment due-process "right to refuse unwanted medical treatment Constitutional law 528.5 an person has the right to refuse unwanted medical treatment defendant Schumacher Continued to try to make the petitioner take unwanted medical treatment of insulin n and r nph insulin that Caused the petitioner pain, Sickness, and nausea this is also a 8 amendment violation From defendant Schumacher of Cruel

(10)

and unusal punishment defendant Schumacher told the petitioner if he changed his mind he could come back to medical to take the n and r nph insulin the petitioner left the medical department with no results no help no suggestions of any type of new insulin no nothing Just a mention of a medical hold for not taking insulin the petitioner could not take or tolerate as the petitioner walked out the medical department with a high blood sugar level. It appeared and noted that F.C.I Elkton medical department requested the petitioner 75/25 Humolog be approved by Central office by then medical had placed a medical hold on the Petitioner as the petitioner already had a halfway house date of 9/2019 while he was at F.C.I Gilmer now Since the petitioner was at F.C.I Elkton a medical hold has been put on the petitioner that medical hold stopped the petitioner from going to the halfway house and home

(11)

Confinement the medical hold was placed on the petitioner because the petitioner was not taking the n and r nph insulin that he could not take or tolerate on 3/7/2019 the petitioner 75/25 Humolog was approved by Central office as Central office once denied the petitioner request of his 75/25 Humolog when he was at F.C.I Gilmer on 3/8/2019 the very first day that the petitioner took the 75/25 Humolog the petitioner only took 10 units of the 75/25 Humolog insulin because it's a fast acting insulin the petitioner took the insulin then went to eat dinner a little while had passed the petitioner start shaking, sweating dizzy bout to pass out and confused the petitioner had to push the emergency button and go to the medical department the petitioner blood sugar level was dropping to low and two fast the petitioner saw Rn penwell who is not a defendant she only gave the petitioner some glucose

(12)

tablets that make your blood sugar level come back up Rn penwell also told the petitioner to eat and that was it and sent the petitioner back to his unit on 3/10/2019 the petitioner reported to pillline for his evening dose of insulin the petitioner told Rn Rhinehart who is not a defendant that the petitioner is to scared to take all 10 unit of 75/25 Humolog because what happen to the petitioner on 3/8/2019 when the petitioner first took the 75/25 Humolog insulin and the way his blood sugar dropped the petitioner refused half of his dose by squirting the other half out before taking the insulin the petitioner told Rn Rinehart that he will be reporting to sick call in the morning. On 3/11/2019 the petitioner reported to Sick Call and saw defendant dr. dunlop who is a defendant and is the clinical director at F.C.I Elkton the petitioner complained to defendant dr. dunlop about the insulin and how the insulin made the petitioner blood sugar drop the way it

(13)

did the very first time the petitioner took the 75/25 Humolog insulin On 3/08/2019 the petitioner told defendant dr. dunlop that he been taking 75/25 Humolog insulin Since he became a diabetic and never had this happen to me before my blood sugar level dropping like that the petitioner told defendant dr. dunlop that he was afraid to take the insulin that Same day on 3/11/2019 the petitioner had to be escorted out of the medical department and had to be placed in Some shark tank to cool down because the petitioner got into a argument with defendant dr. dunlop and other medical staff members about the 75/25 Humolog insulin and what it had done to the petitioner defendant dr dunlop Simply told the petitioner that you are taking the insulin because the petitioner told defendant dr. dunlop that he is not taking this insulin because what had happen to the petitioner the very first day that he



took the 75/25 Humolog insulin
defendant dr. dunlop was forcing
the petitioner to take the 75/25
Humolog insulin after the petitioner
told defendant dr. dunlop that he
was not taking that insulin nomore
after what had happen to the
petitioner the very first day that
the petitioner took the 75/25 Humolog
insulin. On 3/12/2019 the petitioner
reported to sick call again and saw
defendant Schumacher inquiring about
the medical hold that was placed on
the petitioner defendant Schumacher
stated to the petitioner that the
medical hold will not be removed until
the petitioner come in compliance with
taking insulin the petitioner told
defendant Schumacher he cant take
the 75/25 Humolog insulin because of
what happen to the petitioner the very
first day he took the 75/25 Humolog
insulin the petitioner told defendant
Schumacher that he could have went
into a diabetic coma and died if it
wasn't for his body reacting to his



blood sugar level going low like it did this traumatized, and scared the petitioner as the petitioner told defendant Schumacher that he been taking 75/25 Humolog insulin for decades and he never experience what happen to him the very first day that he took the 75/25 Humolog insulin in this prison defendant Schumacher did not care nor did not try to help or make any suggestions he just told the petitioner to take the insulin or the medical hold will not come off the petitioner stated to defendant Schumacher that you are forcing me to take insulin so the medical hold will be remove the petitioner then told defendant Schumacher that my constitutional rights are being violated of the 5 and 14 amendment due process the petitioner has the right to refuse unwanted medical treatment and the petitioner also told defendant Schumacher you are violating b.o.p policy an inmate has a right to refuse medical treatment



defendant Schumacher said to the
petitioner you do have the right to
refuse medical treatment the
petitioner then stated why is you
trying to force me to take the insulin
that could have put me in a diabetic
coma and died defendant Schumacher
Just continue to try to make the
petitioner take insulin on 3/6/2019
the petitioner had already signed
a medical treatment refusal form.
on 3-11-2019 that was the last day
that the petitioner took the 75/25
Humolog insulin because of what
happened to the petitioner the very
first day he took the insulin that
could have put the petitioner in a
diabetic coma or died and what
make matters worse the petitioner
has been taking 75/25 Humolog insulin
for a very long time and never had
any incident until he took that
75/25 Humolog insulin in this prison, on
3/15/2019 the petitioner reported to
sick call and saw defendant dr.
dunlop the petitioner told defendant



dr. dunlop that he was not going to take insulin again while in this prison because what happen to the petitioner the very First day he took the 75/25 Humolog insulin the petitioner ask defendant dr. dunlop to remove the medical hold so he could go to a safe place where he could take his insulin and take care of his self and his health better defendant dr. dunlop told the petitioner no and that the medical hold will not be removed as long as you non-compliant with his insulin therefore the petitioner is being forced to take insulin for the medical hold could be removed so that the petitioner could go to the halfway house or home confinement as the petitioner at this time already had a halfway house date of 9/2019 this halfway house date was given to the petitioner while he was confined at F.C.I Gilmer the petitioner told defendant dr. dunlop why is you forcing me to take this insulin when you saw what happen to me the very

(18)

First day that i took the 75/25 Humolog
insulin the petitioner then told
defendant dr. dunlop that he could
have went into a diabetic coma or
died the petitioner told defendant
dr. dunlop that he never had problems
taking his 75/25 Humolog insulin until
he took it in this prison defendant
dr. dunlop told the petitioner that
you will take the insulin or the
medical hold will not be removed
the petitioner told defendant dr. dunlop
that you violating b.o.p policy an
inmate has the right to refuse
medical treatment the petitioner
also told defendant dr. dunlop that
you violating my Constitutional rights
under the 5 and 14 amendment due-
process right to refuse unwanted
medical treatment as this was told
to defendant dr. dunlop by the
petitioner defendant dr. dunlop
ignored the petitioner and Simply
Stated to the petitioner again that
you will take the insulin the
petitioner stated to defendant dr. dunlop



that you are forcing me to take insulin
that almost made me fall out i
Could have went into a diabetic
Coma and died defendant dr. dunlop
told the petitioner the medical hold
will not be removed until you take
the insulin the petitioner left the
medical department with no help no
Suggestion no nothing on 3/26/2019
the petitioner reported to Sick Call
the petitioner Saw defendant
Schumacher as to the Clarification of
the medical hold and the 75/25
Humolog insulin the petitioner stated
to defendant schumacher that he
will not take that insulin again in
this prison because of what happen
to me the very first day he took the
75/25 Humolog insulin the petitioner
told defendant Schumacher that he
does not feel safe taking that insulin
in this prison the petitioner showed
defendant schumacher documents
From F.C.I Gilmer medical medical at
F.C.I Gilmer tried to get the
petitioner 75/25 Humolog insulin



(20)

approved but on 01/11/19 Central
office denied the request of the
75/25 Humolog insulin by stating due
to rapid-acting insulin also Carrying
Significant risk of hypoglycemia in
Correctional setting basically Central
office Saying that this 75/25 Humolog
insulin is not Safe to take in prison
and what make matters worse on
3/8/2019 the very First day the
petitioner took the 75/25 Humolog
insulin the petitioner had a
hypoglycemia in a Correctional
Setting at F.C.I elkton and how did
F.C.I Elkton medical get the
petitioner 75/25 Humolog approved
by Central office when F.C.I Gilmer
medical could not get the
petitioner 75/25 Humolog approved
by Central office as defendant
Schumacher read the denial of the
petitioner 75/25 Humolog insulin From
Central office defendant Schumacher
still told the petitioner that the
medical hold will not be removed
the petitioner told defendant



schumacher that he had a hypoglycemia in this prison the very first day i took the 75/25 Humolog insulin defendant Schumacher told the petitioner Just take the insulin again the petitioner stated this is a b.o.p policy Violation and Constitutional rights Violations the petitioner also told defendant Schumacher that this is Cruel and unusal punishment a 8 amendment rights Violation i'm being Forced to take insulin in order to get the medical hold removed So the petitioner Could go to the halfway house or home Confinement as this 75/25 Humolog insulin Could have put me in a diabetic Coma or i Could have died after taking the insulin which made the petitioner blood sugar level drop defendant Schumacher only stated that the medical hold will not be removed until you come in Compliance with the insulin. on 3/28/2019 the petitioner reported to Sick Call the petitioner Saw defendant dr. dunlop



the petitioner requested to sign a refusal of medical treatment form the petitioner signed the refusal of medical treatment form because the defendants Schumacher, dr. dunlop and Jane barnes as well as other medical staff who are not defendants was trying and kept forcing the petitioner to take the insulin knowing what had happened to the petitioner after he took the 75/25 Humolog insulin on the very first day defendant dr. dunlop told the petitioner that the medical hold will not be removed until you take insulin the petitioner told defendant dr. dunlop i just signed a refusal of medical treatment form and you still trying to make me take the insulin defendant dr. dunlop said yes the petitioner was lost of words because the petitioner signed a refusal of medical treatment form and defendant dr. dunlop told the petitioner that you have to comply and take the insulin the petitioner stated i'm not taking that insulin as long as i'm in



this prison defendant dr. dunlop stated
that you will not be going to a halfway
house or home confinement until you
start taking insulin on 4/1/2019 the
petitioner was at sick call and saw
defendant dunlop the petitioner told
defendant dunlop that he will not be
taking that insulin again in this prison
because of what happen to the petitioner
the very first day he took the 75/25
Humolog insulin as the petitioner could
have went into a diabetic coma and
died all because the petitioner blood
Sugar level was dropping to low the
petitioner refused to die this way in a
prison the petitioner also told defendant
dunlop that he will not take anymore
insulin until he in a safe place because
this prison is not safe place to be
taking this 75/25 Humlog insulin when
there is evidence of documents from
Central office when the petitioner was
Confined at F.C.I Gilmer the medical
staff at F.C.I Gilmer tried to get the
petitioner 75/25 Humolog approved but
on 1/11/2019 central office denied that



request by stating due to rapid-
acting insulin also carrying Significant
risk of hypoglycemia in Correctional
Setting as the petitioner had a
hypoglycemia in F.C.I Elkton on
3/8/2019 the very first day that the
petitioner took the 75/25 Humolog
insulin as Central office was really
Saying that the 75/25 Humolog insulin
is not safe to take in prison as
defendant dunlop read the documents
From Central office defendant dunlop
was still insisting that the petitioner
take the insulin and there is
evidence thats attach to this Complaint
that the petitioner had already signed
refusal of medical treatment Forms
defendant dunlop tried to get the
petitioner to take 10 units and 5 units
of the 75/25 Humolog insulin but the
petitioner refused because of the
experience of the day the petitioner
First took the 75/25 Humolog insulin
the petitioner states that was a very
Scary frieghting and traumatized
moment that the petitioner Could not



go through again in a prison. The petitioner told defendant dunlop why is you forcing me to take this insulin despite what happen to me the very First day that the petitioner took the 75/25 Humolog insulin defendant dunlop told the petitioner that you have to take the insulin after we got it approved For you the petitioner ask defendant dunlop how did you get the 75/25 Humolog insulin approved when F.C.I Gilmer medical staff Could not get the 75/25 Humolog insulin approved by Central office the petitioner Said to defendant dunlop you Saw the documents From Central office as they denied the 75/25 Humolog insulin and yet you still trying to Force me to take the insulin I'm reFusing the petitioner told defendant dunlop that you Violating b.o.p policy "a inmate has a right to reFuse medical treatment and you is Violating my Constitutional rights oF the 5 and 14 amendment oF due-process rights to refuse Unwanted medical treatment this is also a eight



amendment violation of cruel and unusal punishment because the petitioner is being Forced to take unwanted medical treatment of insulin in order for the petitioner to go to the halfway house or home Confinement as the petitioner Signed refusals of medical treatment Forms again defendant dunlop stated you got to take the insulin or you will not be transfered to a halfway house or home Confinement as the petitioner requested to defendant dunlop to remove the medical hold so that he could go to the halfway house or home Confinement so that the petitioner Could properly take Care of his health defendant dunlop said "no" defendant dunlop then ordered and demanded that the petitioner take the 75/25 Humolog insulin in the morning and evening and you will take Finger sticks defendant dunlop was talking to me as if i was his Son ordering and demanding that i take insulin knowing defendant dunlop is violating



b.o.p policy and violating my
Constitutional rights the petitioner
told defendant dunlop that he can
not take this insulin in this prison
again because of what happened to
me the very first day i took the 75/25
Humolog insulin i could have went into
a diabetic coma and died the
petitioner also told defendant dunlop
Just like he told defendant Schumacher
that he been taking 75/25 Humolog
insulin forever and never had no
problems with blood sugar level dropping
to low until i took it in this prison the
petitioner told defendant dunlop
Something wrong because on the streets
i take 25 units of 75/25 Humolog
insulin and my blood sugar never
dropped to low like it did in this
prison i was in danger and at risk
of going into a diabetic coma and
died if my body would have not acted
on my blood sugar level dropping like it
did the only thing defendant dunlop
wanted the petitioner to do was take
the insulin but the petitioner refused



defendant dunlop was Constantly
Forcing the petitioner to take the
insulin after the evidence will show
the petitioner signed refusals of
medical treatment Forms. on 4/2/19
the petitioner reported to Sick Call
and Saw defendant dunlop requesting
to Sign another refusal of medical
treatment Form For diabetic treatment
as the petitioner was not going to
take that 75/25 Humolog insulin due
to what happened to the petitioner the
Very First time he took the 75/25
Humolog insulin as the insulin made
the petitioner shake, sweat, dizzy and
Confused that totally Scared the
petitioner of not wanting to take the
insulin defendant dunlop told the
petitioner even when you Sign the
refusal of medical treatment Form
the medical hold will not be removed
until you treat your diabetes the
petitioner asked defendant dunlop why
is you Continuing to Force me to take
this insulin and you knew what
happened to me the First day i took the



75/25 Humolog insulin but defendant dunlop Just continue to stress the petitioner to take the insulin where the evidence will show on 3/6/2019 and on 3/28/2019 the petitioner had already Signed refusal of medical treatment forms on 4-4-19 the petitioner reported to Sick Call and saw pA-c Cavanaugh he is not a defendant in this case the petitioner reported to sick call as to the refusal of medical treatment form that was previously on 3-6-2019 because the petitioner could not tolerate the n and r nph insulin and the oral insulin pills previously offered because of the adverse effects that caused the petitioner the refusal of medical treatment form that was previously generated was signed by the petitioner then on 4-8-2019 the petitioner reported to Sick Call and saw pA-c cholet as she is not a defendant in this case the petitioner asked pA-c choflet why is the petitioner still on medical hold pA-c choflet stated due to uncontrol diabetes and refusal to take any



diabetic medications or oral insulin
pills the petitioner stated to pA-C
choflet that the petitioner had
problems with the n and r nph insulin
and the oral insulin pills it's all in
my medical files from F.C.I gilmer the
petitioner even told pA-c choflet that
i filed an administrative remedy i filed
a bp-8,9,10 and bp-11 against the
medical staff about that n and r nph
insulin and what the insulin was doing
to the petitioner it made my stomach
hurt badly and sick and nausea the
petitioner told pA-c choflet about the
oral insulin pills that i could not
tolerate taking the pills it's all in
my medical file at F.C.I Gilmer i
filed greviance but nothing was done
just like with central office they
never responded to my bp-11 about the
n and r nph insulin the petitioner also
told pA-c choflet about the incident
that i had with the 75/25 Humolog
insulin the very first day i took the
insulin but pA-c choflet insisted that
i still take the insulin the petitioner



Stated to pA·c choflet here you go now you are trying to force me to take that insulin after i just explain to you what happened to me with the insulin pA·c choflet explained to the petitioner with a medical hold you can not go to the halfway house or home confinement the petitioner then stated so what you telling me that i got to be forced to take insulin so the medical hold can be removed and then i can go to the halfway house or home confinement pA·c choflet pretty much indicated yes and that you got to take the insulin for the medical hold to be removed the petitioner also told pA·c choflet that this is violating b.o.p policy and that my constitutional rights are being violated i have the right to refuse medical treatment which i refuse to take that insulin but i have to take that insulin so the medical hold can be removed so i could go to the halfway house or home confinement the petitioner just left the medical department. some time in april



the petitioner Saw deFendant H. S. A
barnes and Continue to Complain about
the insulin problem and what the
75/25 Humolog did to the petitioner
the very First day i took the insulin
the petitioner also explained to
deFendant barnes about the previously
n and r nph insulin and the problems
that he had with that insulin and
the oral insulin pills deFendant barnes
told the petitioner aFter the petitioner
Kept Complaing about the insulin
problem that you should have not
Committed Crimes deFendant barnes
did Just what the other deFendants
and none deFendants told the
petitioner to take the insulin the
petitioner did not Say much aFter
deFendant barnes told the petitioner
that he should have not Committed
Crimes the petitioner wrote a
greviance against deFendant barnes
For making that statement "Saying
that i should have not Committed
Crimes the petitioner States that the
greviance Just disappeared no one

 33

Seem to no where the greviance
went so the petitioner did not pursue
the greviance anymore as the
greviance was probaly thrown away.
The petitioner had saw defendant
barnes on another occasion at
mainline and ask defendant barnes
why are all of yal the medical staff
Forcing me to take insulin that could
have put me in a diabetic coma and
i could have died and then medical
was still trying to Force me to take
insulin that caused me pain, sickness
and nausea defendant barnes also
said that we is not Forcing you to
take insulin the petitioner said yes
yal is because i cannot even go to
the halfway house or home confinement
unless i take insulin defendant barnes
said yes that correct you cannot
go to the halfway house or home
confinement until you start taking
your insulin the petitioner told
defendant barnes that you and
every body at medical is violating
b.o.p policy and my constitutional



rights i have the rights to refuse
medical treatment defendant barnes
said thats Correct petitioner then
stated to defendant barnes why are
you and all the other medical staff
is forcing me to take insulin
defendant barnes said we are not
the petitioner said yes yal are that
is the only way i could get the
medical hold removed and go to the
haifway house or home Confinement
defendant barnes told the petitioner
take the insulin the petitioner ask
defendant barnes can he go home on
home confinement defendant barnes
again stated that you cannot go to a
haifway house or home Confinement
until you take insulin the petitioner
ask defendant barnes can he see a
b.o.p policy stating that a inmate
that don't take insulin Cannot go to
a haifway house or home Confinement
as defendant barnes provided the
petitioner with documents but the
documents does not indicate that
if a inmate does not take insulin he



3S

Can not go to a halfway house or
home Confinement the petitioner
Confronted defendant barnes about
the documents that was given to him
the petitioner stated to defendant
barnes that the documents you gave
me does not say if you don't take
insulin you can not go to a halfway
house or home Confinement defendant
barnes flat out told the petitioner you
will not be going to a halfway house or
home Confinement until you take
insulin defendant barnes told the
petitioner she was done talking to
the petitioner as the petitioner said
yal violating b.o.p policy and my
Constitutional rights as the
petitioner walked away. on 4-15-19
the petitioner reported to sick call
and saw defendant dr. dunlop and
handed defendant dr. dunlop the sick
call slip attached to the sick call
slip was copies of the Constitutional
rights 5 and 14 amendment of due-
process rights to refuse unwanted
medical treatment defendant dr.



dunlop looked at the documents and
start laughing the petitioner ask
defendant dr. dunlop to remove the
medical hold so i could go to the
haifway house or home confinement
so that the petitioner could better
take care hisseif and his health
because i cannot take better care of
myseif or my health in this prison
defendant dr. dunlop stated no and
the medical hoid would remain until
his diabetes is under control and he
take insulin the petitioner refused to
take the n and r nph insulin because
that insulin made the petitioner have
very bad stomach pain sickness and
nausea and the 75/25 Humolog insulin
the very first day i took that insulin
i had to push the emergency button
and go to the medical department
because my blood sugar level was
dropping therefore the petitioner was
afraid to take that insulin because
i could have went into a diabetic
coma and died but all these
defendants and none defendants was



Forcing me to take the insulin as the petitioner Could not tolerate oral insulin pills as the pills Caused dizzyness, abdominal pain and made the petitioner Used the bathroom on himself as this is all in my medical File at F.C.I Gilmer. the petitioner states that prior to writing this Complaint that he had Contacted F.C.I Gilmer and F.C.I Elkton medical department and requested all Sick Call documents, notes, and reports From all medical staFF that the petitioner had encounter with as to the Sick Calls the petitioner requested documents From Central OFFice as to the denial of the 75/25 Humlog insulin the petitioner also requested the administrative remedy i exhausted at F.C.I Gilmer the petitioner was told to Contact F.O.I.A, Freedom of information act in Washington DC to get all the documents the petitioner is requesting as the petitioner has written F.O.i.A and requesting all documents From F.C.I Gilmer and F.C.I Elkton these



documents will be the petitioner evidence and proof as to what the petitioner has said in this complaint. As defendant Schumacher also informed the petitioner that he cannot go to the halfway house or home confinement and that he need to take the insulin. On 4/15/2019 the petitioner had an encounter with defendant dr. dunlop after the visit with defendant dr. dunlop as defendant dr. dunlop told the petitioner that the medical hold will not be removed until the petitioner start taking insulin the petitioner then came to conclusion that if i want to get out this prison and go to the halfway house or home confinement where i can better take care of my self and my health i got to take the 75/25 Humolog insulin that i don't want to take in this prison because if i don't take the insulin the medical hold will not be removed and i will be stuck in this prison until december 3, 2019 my release date without taking insulin as the petitioner has evidence thats in his medical file at F.C.I Elkton what that



75/25 Humolog insulin did to him the very First day he took the insulin 3/8/2019 as the petitioner has been Forced to take the insulin iF he want the medical hold removed so that he Could go to the halfway house or home ConFinement on 4-26-2019 the petitioner reported to Sick Call and wrote on the slip and stated that medical has won and that I'm now taking insulin even though i don't want to and being Force to but I'm taking insulin deFendant dr. dunlop told me that same day 4/26/2019 iF i stop taking the insulin that he will put the medical hold back on me as the medical hold was removed on 4/26/2019 this is clear evidence that the petitioner has been Force to take insulin Just For a medical hold Could be removed so that i Could go to a halfway house or home ConFinement deFendant dr. dunlop and other deFendants Schumacher and barnes and other medical staFF violated b.o.p policy "states a inmate has a right to reFuse medical treatment they also violated



the petitioner Constitutional rights of the 5 and 14 amendment due-process Constitutional law 528.5 refusal of medical treatment states a Competent person has a Constitutionally protected liberty interest in refusing unwanted medical treatment. The petitioner states that he signed two refusal of medical treatment forms on 3-6-2019 and 3-28-2019 of insulins and oral pills because the petitioner Could not tolerate the n and r nph insulin or the oral pills as the 75/25 Humolog insulin almost most Caused the petitioner to fall out because his blood sugar level drop as this Could have put the petitioner in a diabetic Coma and died as the n and r nph insulin made the petitioner stomach hurt to badly and Sick and nausea as the petitioner filed a bp-8, 9, 10 and bp-11 against F.C.I Gilmer medical staff about the n and r nph insulin remedy ID 952134 A1 as Central office never responded to the petitioner bp-11. The petitioner states that he was taking unwanted medical treatment of insulin.



The petitioner also stating in this
Complaint that this is Cruel and
unusal punishment a 8th amendment
Constitutional rights Violation by all
3 defendants dr. dunlop, Schumacher, and
barnes as well as the other medical
staffs at F.C.I Elkton the petitioner
was Forced to take insulin Just For
a medical hold to be removed so that
the petitioner Could go to the halfway
house or home Confinement the
petitioner also Signed two refusal of
medical treatment forms of insulin
but the petitioner was still Forced and
told to take the insulin iF he wanted
the medical hold removed so that he
Could go to the halfway house or
home Confinement the petitioner states
that a medical hold should have never
been placed on the petitioner in the
First place because oF not taking
insulin when the petitioner had
problems with the insulins and oral
insulin pills in prison which is all in
the petitioner medical File also there
is nothing in the b.o.p policy that



states that if you don't take insulin a medical hold will be placed on you and you can not go to a halfway house or home Confinement the b.o.p policy does not say any of that the petitioner states that he never had a medical hold while he was at F.C.I Gilmer matter fact the petitioner was approved to go to the halfway house September 2019 and when the petitioner got to F.C.I Elkton a medical hold was placed on the petitioner the petitioner states if any thing F.C.I Elkton should have not even placed a medical hold on the petitioner F.C.I Elkton should have wanted the petitioner out of the prison so that he Could go to a better place to take care of hisself and his health which a halfway house or home Confinement is better than a prison when it comes to someone health but F.C.I Elkton wanted to keep the petitioner in prison not taking insulin and letting his health deteriorate instead getting the



petitioner out of that prison. The
petitioner states that he started the
administrative remedy process against
F.C.I Elkton medical department about
the insulin of 75/25 Humolog and that
the petitioner was being forced to take
the insulin on · 3-4-19 F.C.I Elkton
receive a bp-8 from the petitioner because
F.C.I Elkton medical at that time was
trying to make me take that n and r
nph insulin that i could not tolerate
while i was at F.C.I Gilmer this the
same n and r nph insulin that i filed
an administrative remedy on at F.C.I
Gilmer see remedy ID 952134 which
Central office never responded to the
petitioner bp-11 as the petitiones stated
that the n and r nph insulin makes the
petitioner stomach hurt to badly make
me sick and nausea and here is F.C.I
Elkton medical was trying to force the
petitioner to take the insulin the
petitioner also stated in the relief of
the bp-8 that i get a medical furlough
to    Halfway house, or a hospital or
home confinement under the second chance



43 44

act so i could get proper medication
and insulin i need the bp-8 was denied
on 3-7-19 on 3-18-19 the petitioner tried
to File a bp-9 about the n andr nph
insulin the bp-9 was returned to the
petitioner on 3-28-19 not Filed as the
bp-9 had to be resubmitted which was
done so on 4-16-19 See Case 972623
as the bp-9 was about the n and r nph
insulin that i already exhausted my
administrative remedy while i was at
F.C.I Gilmer then on 3-13-19 the
petitioner Filed a bp-8 requesting the
medical hold be removed as to relief of
the bp-8 on 4-5-19 the bp-8 was denied
the petitioner did not get the bp-8 back
until 4-17-19 over a month later a bp-8
don't suppose to take that long as the
bp-9 of case 972623 was denied on
4-16-19 which the petitioner ask for
relief of a medical Furlough to a half
way house or home ConFinement to
better Care for my self. then on
4-1-19 the petitioner Filed a bp-9 because
the bp-8 that the petitioner sent to
medical 3 weeks prior to Filing the bp-9



On 4-1-19 medical department did not return the bp-8 and the bp-8 was about defendant dr. dunlop as to the medical hold and about the incident of when the petitioner very first took the 75/25 Humolog insulin on 3-8-2019 as the petitioner was put in a life threating situation as his blood sugar drop and start shaking, sweating, dizzy, confused as the petitioner had to push the emergency button and be transfered to the medical department the bp-9 also states that the petitioner had signed refusal of medical treatment forms and that defendant dr. dunlop was still trying to force the petitioner to take the 75/25 Humolog insulin despite what happen to the petitioner after the first day he took the insulin and defendant dr. dunlop told the petitioner the medical hold will not be removed until you start taking insulin i said you violating b.o.p policy and my Constitutional rights this is all stated in the bp-9 on 4-1-19 On 4-3-19 the bp-9 was sent back to

 

the petitioner and then the bp-9 was again sent back to the petitioner on 4-16-19 then on 5-13-19 the bp-9 was accepted see Case 973311-F3 on 6-6-19 26 days later when a bp-9 only suppose to take 20 days as the petitioner requested the medical hold be removed so he could go to a halfway house in September 2019 or home confinement due to medical reasons as the bp-9 was denied because one the medical hold was removed on april 26, 2019 after the petitioner was Forced to take the insulin so that he could go to his September 2019 halfway house date as the petitioner did a bp-10 to regional office the petitioner states he don't no what happened because the petitioner did not get a response back from regional office as a bp-10 take 30 days the petitioner heard nothing the petitioner gave up because the petitioner would have never been able to exhaust his administrative remedy because his upcoming release which was



September 19, 2019 then it change to
September 5, 2019 a bp-11 to Central
office takes 45 days on top of that
Central office may would have ask
For an extention either way the
petitioner would have never been able
to exhaust his administrative remedy
it was July 2019 and i still havent
got my bp-10 back From regional
office and my release date For the
haifway house was originally
September 19, 2019 and you can not
proceed to a bp-11 to Central office
without a response OF your bp-10 From
regional office aint no way the
petitioner administrative remedy
process would have been exhausted
before his release date to the haifway
house the petitioner states while he
was at F.C.I Gilmer he exhausted
his administrative remedy process
as to the insulin as the petitioner
bp. 8, 9, 10 was denied his bp-11 to
Central office was never answered
at all and that process took about
7 to 8 months. The petitioner states



that if he was Successful of getting
a bp-11 to Central office while at
F.C.I Elkton Central office would
have did the same thing like they
did the petitioner at F.C.I Gilmer
with the bp-11 there they did not
respond to the bp-11 and it involved
insulin which that was the issues
at F.C.I Elkton insulin if Central
office did not answer or respond
to the petitioner bp-11 at F.C.I gilmer
Concerning insulin what make any one
thinks Central office would have
answered or responded to the
petitioner bp-11 at F.C.I Elkton when
this both involves insulin the
petitioner states that there was
Just not enough time to be able to
exhaust his administrative remedy
the petitioner would have been
released as the petitioner tried
with the administrative remedy
process F.C.I Elkton prison was
stalling with the process one bp-8
took over a month for me to get back
the petitioner bp-9 kept getting

 (49)

rejected the petitioner states that
F.C.I Elkton prison knew what they
was doing the Fact here is that all
3 defendants Schumacher, dr. dunlop,
and barnes as well as other medical
staffs violated b.o.p policy and
violated the petitioner Constitutional
rights the petitioner Constantly
refused to take insulin but had no
Choice but to take the insulin if he
wanted to go to the halfway house or
even home Confinement and the Fact
the petitioner signed two refusal of
medical treatment Forms. The
petitioner is seeking relief of monetary
damages of 16,000,000 million dollars
and punitive damages of 16,000,000
million dollars and Compensatory
damages of 16,000,000 million dollars
and relief that all 3 defendants
Schumacher, dr. dunlop, and barnes
violated b.o.p policy as the policy
states an inmate has a right to
refuse medical treatment the
petitioner repeatly refuse to take
insulin but was told by all 3



defendants Schumacher, dr. dunlop and barnes if you don't take the insulin you will not be going to the halfway house or home Confinement the petitioner had no choice but to Comply if he wanted to get out that prison and the Fact the petitioner Signed two refusal of medical treatment Forms of insulin he should have never been still Forced to take insulin For a medical hold to be removed So he Could go to the halfway house or home Confinement and relief that all 3 defendants schumacher dr. dunlop and barnes Violated the petitioner Constitutional rights of the 5 and 14 amendment due process Constitutional law 528.5 due process refusal of medical treatment pursuant to the due-process clause of the Federal Constitutions Fifth and Fourteenth amendment a Competent person has a Constitutionally protected liberty interest in refusing unwanted medical treatment. The petitioner states again he refused to take unwanted medical treatment of insulin but the defendants and



Other medical staff forced the petitioner to take the insulin if he wanted to go to a halfway or home confinement which the petitioner had a halfway house date of 9/19/2019 which he obtained while he was at F.C.I Gilmer the petitioner further states that he kept refusing to take the 75/25 Humolog insulin because the petitioner was put in a life threating situation that could have put the petitioner in a diabetic coma and died the petitioner refused to take the insulin and did not want any part of that insulin again in that prison but all 3 defendants and other medical staff insisted that the petitioner take the insulin and they knew what that 75/25 Humolog insulin did to me on the very first day i took the insulin as the defendants no that i could not tolerate the n and r nph insulin or the oral insulin pills as this is all in my medical file from F.C.I Gilmer. The petitioner ask for relief that his Constitutional rights of the 8

 

amendment was violated Cruel and
unusal punishment the petitioner
was Forced to take unwanted medical
treatment of insulin that he Constantly
refused to take but had to iF he wanted
to go to the haifway house or home
Confinement therefore the petitioner
was Forced to take insulin even after
the petitioner Signed two reFusal of
medical treatment Forms of insulin
The petitioner also ask For relief of
emotional distress as the petitioner
was still having Complication with the
75/25 Humolog insulin as the blood Sugar
level was still dropping as Fast the
petitioner was afraid to report to
medical because medical would have
placed another medical hold on me and
that would have took my haifway
house date From me as my haifway
house date moved From September
19, 2019 to September 5, 2019 the
petitioner states that he Could not
allow that to happen the petitioner
states he would take the insulin run
and eat then go back to his unit and

 (53)

eat more food to try to keep from passing out or go into a diabetic coma the petitioner states that how not being a diabetic suppose to work as this put alot of emotional distress on the petitioner. The petitioner further more ask for relief of emotional distress on 3/8/2019 the very first day i took the 75/25 Humolog insulin i had to push the Emergency button and go to medical department because my blood sugar level was falling i start shaking, sweating, dizzy and was confused that scared and frieghten me because i never experience that before being a diabetic and my doctor always told me don't ever let your sugar drop low or you can go into a diabetic coma and die that could have happen to me in that prison and took me away from my family and kids and yet i had to be forced to take the insulin in order to get out that prison and get to a better place that was scary and i was traumitized after i came back to my scenses. The petitioner

54

is demanding a Jury trial so that the petitioner can show the Juries the evidence of document from all medical sick call encounters and notes and reports from defendants and other medical staff telling and pretty much forcing the petitioner to take insulin for a medical hold to be removed so that the petitioner could get out that prison and go to the halfway house or home confinement a better place than prison the Juries also need to see documents where the petitioner exhaust his administrative remedy as to the n and r nph insulin that defendants and other medical staff tried to continue to force the petitioner to take the Juries also need to see documents from the incident on the first day that the petitioner took the 75/25 Humolog he had to be tookin to medical department because the insulin was dropping the petitioner blood sugar level as this could have put the



petitioner in a diabetic Coma and Could have died and let the Juries See that the defendants and other medical staff was still trying to Force the petitioner to take the 75/25 Humolog insulin after the incident the Juries also need to See the document From Central oFFice when Central oFFice denied the request oF the 75/25 Humolog insulin when the petitioner was at F.C.I gilmer "Stating due to rapid acting insulin also Carry Significant risk oF hypoglycemia in Correctional Setting this happened to the petitioner on the very First day he took the 75/25 Humolog insulin in F.C.I Elkton basically Central oFFice Said that the 75/25 Humolog was not SaFe to take in prison and Juries need to See the documents that the petitioner Signed two reFusal oF medical treatment Forms oF insulin this was not acceptable From the deFendants and other medical staFF to Force the petitioner to take insulin For a medical hold to be removed So that the



petitioner could get out that prison
and go somewhere safe such as the
the halfway house or home confinement
to take his insulin but the defendants
and the other medical staff tried to
keep the petitioner in prison until
his release date of december 3, 2019
if he didn't take his insulin instead
getting the petitioner out that prison
to a halfway house or home confinement
to better take care himself and his
health as the Juries need to see the
documents as the petitioner begun the
administrative remedy process as to
this matter as the process was stalled
by the prison with a bp-8 took over a
month for the petitioner to receive back
and with bp-9 kept being returned back
to the petitioner the bp-10 the petitioner
believe that regional office never received
the bp-10 because the petitioner never
got anything back from regional office
and there after the petitioner was
release from prison. The petitioner is
also relying on Biven Biven v six
unknown agents 403 U.S 388 91 S.ct 1999



29 L. ed 2d (1971) and Carlson v green 446 U.S 14 16-17, 100 S. Ct 1468 L. ed 2d 15 (1980) in Carlson 446 U.S 14 and Bivens 403 U.S 388 eight amendment cruel and unusal Punishment Claims also See Estelle v Gamble 429 U.S 97 50 Led 2d 251 97 S.ct 285 (1976 alleging defendants was negligence and that the defendants Violated the Cruel and unusal punishment clause of the eight amendment here in this Complaint defendants schumacher dr. dunlop and barnes as well as other medical staff Forced the petitioner to take unwanted medical treatment of insulin Just For a medical hold Could be removed So that the petitioner Could go to the halfway house or home Confinement when there is also evidence that the petitioner Signed two refusal of medical treatment Forms of insulin as well of oral insulin pills as the defendants and other medical staff violated b.o.p policy and the petitioner Constitutional rights of the 5 and 14



(58)

amendment of due-process as the b.o.p policy and the 5 and 14 amendment states an inmate has the right to refuse unwanted medical treatment as the petitioner constantly keep refusing unwanted medical treatment of insulin but was forced to take the insulin if he wanted to get the medical hold removed so he could get out that prison and go to a halfway house or home confinement to better take care hisself and health also the 8 amendment states as a person Constitutional rights to be free from Cruel and unusal punishment therefore all 3 defendants Schumacher dr. dunlop and barnes and other medical staff violated b.o.p policy and the petitioner Constutional rights of the 8, 5 and 14 amendment.

Respectfully
Submitted

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

3-6-2019
Date

I, JAMES JAMISON                     72347-061     , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Uncontrolled diabetes

**The following treatment(s) was/were recommended:**

Pioglitazone, glipizide , NPH insulin and regular Insulin

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

Death or disability from uncontrolled diabetes.

**I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.**

DUNLOP, J D.O./CD                     3-6-2019
Counseled by                              Date

Patient's Signature                     Date

_Signature of Witness_                  4/4/19   0730
Signature of Witness                     Date

Donald Cavanaugh PA-C

ELK--ELKTON FCI

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

3-28-2019
Date

I, JAMES JAMISON _____ 72347-061 ___ , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Uncontrolled diabetes

**The following treatment(s) was/were recommended:**

Insulin

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

Death or disability

**I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment.  I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.**

DUNLOP, J D.O./CD _____  3-28-2019
Counseled by                         Date

X
Patient's Signature                  Date

Signature of Witness              Date

ELK--ELKTON FCI

- 3 -

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any).

A.    Name of the Plaintiff  James Jamison

    Address 2823 Preston St  Cinti, oh 45206

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Use item C for the names, positions and places of employment of any additional defendants).

B.    Defendant Andrew Schumacher PA-C  is employed as

    PA-C  at F.C.I Elkton

C.    Additional Defendants  J, Dunlop - C/D F.C.I Elkton,  Jane Barnes H,SA F.C.I Elkton

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates and places,  Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph.  Use as much space as you need. (Attach extra sheet(s) if necessary).

" See Attachment ".

- 4 -

(Statement of Claim Continued)

" See Attachment "

- 5 -

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes).



"See Attachment"

Signed this __25__ day of __Febuary__ , 19 __20__ .

I declare under penalty of perjury that the foregoing is true and correct.

__2-25-20__
(Date)

_____
(Signature of Plaintiff)

c:\wptext\complaint.prisoner
revised November 1997